UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DE ONEICIA KAUFMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>            Defendant. | CASE NO. CV 10-5221 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: August 25, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE